UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MARYLAND

CASE #JFM 01-CV-1897

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 20  P 3: 35

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INS. CO., et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>UNITED STATES POSTAL SERVICE, et al.,  )<br>)<br>Defendants.  ) | PLAINTIFFS'<br>MOTION TO DISMISS |

**PROPOSED ORDER**

UPON CONSIDERATION of the Plaintiffs' Motion to Dismiss, it is this _____ day of _____, 2001,

ORDERED that the Plaintiffs' Motion for to Dismiss be, and the same hereby is GRANTED.

_____
JUDGE, UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF MARYLAND

copies to:
THOMAS W. KAVANAGH
KARY B. THOMPSON
Staff Counsel, GEICO Insurance Co.
4608 Willard Avenue
Bethesda, MD 20815-4608

NADIRA CLARKE, Asst. US Attorney
United States Attorney
District of Maryland, Northern Division
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692

20